UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **CENTER FOR ARMS CONTROL AND NON-PROLIFERATION,** | ) ) ) ) | |
| **Plaintiff,** | ) ) | |
| v. | ) ) ) | Civil Action No. 05-682 (RMC) |
| **V. PHILLIP LAGO,** Executive Secretary of the National Security Council, | ) ) ) ) ) | |
| **Defendant.** | ) ) | |

## ORDER

For the reasons stated in the Memorandum Opinion filed separately and contemporaneously herewith, it is hereby

**ORDERED** that Defendant's Motion to Dismiss [Dkt. # 19] is **GRANTED**.

**IT IS FURTHER ORDERED** that the case is dismissed from the docket of the Court. This is a final appealable order. See Fed. R. App. P. 4(a).


DATE: November 15, 2006                  /s/
                                    ROSEMARY M. COLLYER
                                    United States District Judge